

Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
Ilya A. Kosten, SBN: 173663
E-Mail: ikosten@sacrowalker.com
Lisa M. Burnett, SBN: 324293
E-Mail: lburnett@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Defendant UNITED STATES
LIABILITY INSURANCE COMPANY

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA & KATHERINE GARDEN, LLC, a California limited liability company; and WAFIK BISHAI, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Nebraska corporation,<br><br>          Defendants. | ) Case No. 2:25-cv-07570-JFW(ASx)<br>) Assigned to Hon. John F. Walter<br>)<br>) **JUDGMENT IN FAVOR OF DEFENDANT**<br>) **UNITED STATES LIABILITY INSURANCE**<br>) **COMPANY AGAINST PLAINTIFFS**<br>) **ANGELINA & KATHERINE GARDEN, LLC**<br>) **AND WAFIK BISHAI**<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>JUDGMENT</u>

The Court, having granted Defendant United States Liability Insurance Company's Motion for Summary Judgment against Plaintiffs ANGELINA & KATHERINE GARDEN, LLC, and WAFIK BISHAI (collectively "Plaintiffs") on January 28, 2026 (Doc. 42), now enters judgment as follows in favor of USLI and against Plaintiffs.

It is HEREBY ORDERED AND ADJUDGED that:

1. Plaintiffs ANGELINA & KATHERINE GARDEN, LLC, a California limited liability company, and WAFIK BISHAI, an individual, shall take nothing from Defendant United States Liability Insurance Company on their Complaint.

2. This action is dismissed on the merits and with prejudice.

3. Defendant United States Liability Insurance Company shall recover its costs of suit.

IT IS SO ORDERED.

DATED: February 9, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

1

JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY AGAINST PLAINTIFFS ANGELINA & KATHERINE GARDEN, LLC AND WAFIK BISHAI